# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 539 MAL 2014
:
                Respondent        :
                                   : Petition for Allowance of Appeal from the
                                   : Order of the Superior Court
              v.                :
:
:
:
BRIAN EDWARD BOYER,          :
:
                Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.